**This order is SIGNED.**

**Dated: May 15, 2020**



**JOEL T. MARKER
U.S. Bankruptcy Judge**



*msc*

Laura Ferrin (9301)
Law Offices of Laura Ferrin
A Professional Law Corporation
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111-2241
Telephone: (801) 850-8125
Facsimile: (866) 284-2050
Email: laura@lauraferrinlaw.com
Attorney for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In Re:<br><br>TIFFANY K. WHICKER,<br><br>Debtor. | Case No. 19-28258<br><br>Chapter 13<br><br>Hon. Joel T. Marker |
|---|---|

ORDER GRANTING MOTION TO INCUR DEBT

Pursuant to debtor's Motion to Incur Debt, and for good cause appearing, the Court hereby ORDERS as follows:

1. The Debtor is authorized to incur debt to purchase a vehicle, with a purchase price of up to approximately $22,000.00, with payments of up to $506.18 per month, for up to 72 payments, at an interest rate of up to 22.00%.

2. The Court approves an attorney fee in the amount of $350.00, to be paid by a third party legal service provider and not by the Chapter 13 Trustee.

3. Debtor shall provide a copy of the final vehicle purchase contract within three (3) days of the vehicle purchase.

End of Order

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing *Order Granting Motion to Incur Debt* shall be served in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- Laura Ferrin     laura@lauraferrinlaw.com, ecfnotices@outlook.com;ferrinlr77913@notify.bestcase.com
- Lon Jenkins Trustee     ecfmail@ch13ut.org, lneebling@ch13ut.org
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following party should be served notice pursuant to Fed R. Civ. P. 5(b).

- Tiffany K. Whicker     1045 E Watercress Lane #7G, Midvale, UT 84047

/s/ Laura Ferrin